PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL ZUBIATE,<br><br>Defendant. | CASE NO. 1:24-CR-00040-JLT<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: August 22, 2024<br>TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on August 22, 2024. The parties agree and stipulate to continue the status conference until September 4, 2024, for an admission.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on a supervised release violation on August 22, 2024.

2. By this stipulation, defendant now moves to continue the status conference until **September 4, 2024, at 2:30 p.m.** and to exclude time between August 22, 2024, and September 4, 2024.

3. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO STIPULATED.

Dated:  August 19, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated:  August 19, 2024

/s/ VICTOR NASSER
VICTOR NASSER
Counsel for Defendant
ISRAEL ZUBIATE

## [~~PROPOSED~~] ORDER

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for August 22, 2024 at 2:30 p.m. is continued to September 4, 2024 at 2:30 p.m.  The Court declines to make findings regarding the parties' stipulated request to exclude time under the Speedy Trial Act (18 U.S.C. § 3161) as no exclusion of time is necessary given the action involves an alleged violation of supervised release.

IT IS SO ORDERED.

Dated:  **August 19, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

2